McGINN, Respondent, v. HELGERSON, etc., Appellant.

(223 N. W. 942.)

(File No. 6387.   Opinion filed March 2, 1929.)

*Buell F. Jones,* Attorney General, and *Benj. D. Mintener,* Assistant Attorney General, for Appellant.

*J. M. Berry,* of Ipswich, for Respondent.

PER CURIAM.   This is a companion case to No. 6382, Larson v. Helgerson, 54 S. D. 566, 223 N. W. 939, opinion this day filed, and submitted on the same briefs.

On the authority of that opinion the peremptory writ in this case is quashed, the judgment appealed from is reversed and the cause remanded, with directions to enter an order quashing the alternative writ.

MISER, C., sitting in lieu of BROWN, J., absent.

KLEIN, Respondent, v. HELGERSON, etc., Appellant.

(223 N. W. 942.)

(File No. 6386.   Opinion filed March 2, 1929.)

*Buell F. Jones,* Attorney General, and *Benj. D. Mintener,* Assistant Attorney General, for Appellant.

*J. M. Berry,* of Ipswich, for Respondent.

PER CURIAM.   This is a companion case to No. 6382, Larson v. Helgerson, 54 S. D. 566, 223 N. W. 939, opinion this day filed, and submitted on the same briefs.

On the authority of that opinion the peremptory writ in this case is quashed, the judgment appealed from is reversed and the cause remanded, with directions to enter an order quashing the alternative writ.

MISER, C., sitting in lieu of BROWN, J., absent.